IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA SMITH,

        Plaintiff,                       CV F 06 1283 AWI WMW   P

  vs.                                  ORDER FINDING COMPLAINT
                                         STATES A COLORABLE CLAIM
                                         AND DIRECTING PLAINTIFF
                                         TO COMPLETE USM 285 FORMS

C/O WILSON, et al.,

        Defendants.

      Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 11, 2003. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Wilson, Hooker and Poage for failing to protect her, in violation of the Eighth Amendment. Accordingly, it is HEREBY ORDERED that:

        1.     Service is appropriate for the following defendants:
                  C/O K. WILSON
                  C/O HOOKER

1      **LIEUTENANT POAGE**

2

3   **2.     The Clerk of the Court shall send plaintiff three (3) USM-285**
4          **forms, three (3) summonses, a Notice of Submission of**
5          **Documents form, an instruction sheet and a copy of the**
6          **complaint filed September 18, 2006.**
7   **3.     Within thirty (30) days from the date of this order, plaintiff**
8          **shall complete the attached Notice of Submission of**
9          **Documents and submit the completed Notice to the court with**
10         **the following documents:**
11         **a.     Completed summons;**
12         **b.     One completed USM-285 form for each defendant listed**
13                **above; and**
14         **c.     Four (4) copies of the endorsed complaint filed Septembe**
15                **18, 2006.**
16  **4.     Plaintiff need not attempt service on defendants and need not**
17         **request waiver of service.  Upon receipt of the above-described**
18         **documents, the court will direct the United States Marshal to**
19         **serve the above-named defendants pursuant to Federal Rule of**
20         **Civil Procedure 4 without payment of costs.**
21  **5.     <u>The failure to comply with this order will result in a</u>**
22         **<u>recommendation that this action be dismissed</u>.**
23
24
25  IT IS SO ORDERED.
26

2

Dated: __June 25, 2007__                    __/s/  William M. Wunderlich__
                                            UNITED STATES MAGISTRATE JUDGE