IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA SMITH,

        Plaintiff,        CV F 06 1283 LJO WMW P

  vs.                       ORDER

K. WILSON, et al.,

        Defendants.

      On September 4, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to prosecute.  Subsequently, Plaintiff filed the notice of submission of documents, and defendants have filed an answer.

      Accordingly, IT IS HEREBY ORDERED that the September 4, 2007, findings and recommendations are vacated.

IT IS SO ORDERED.

**Dated:   January 7, 2008**              /s/  **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE

1