1

2              IN THE UNITED STATES DISTRICT COURT

3              FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    BARBARA SMITH,

8              Plaintiff,              CV F 06 1283 LJO AWI WMW PC

9         vs.                         ORDER RE MOTION (DOC 27)

10

11

12   K. WILSON, et al.,

13              Defendants.

14

15        Plaintiff, a former state prisoner, is proceeding pro se and in forma pauperis in this civil

16   rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to

17   compel the deposition of Plaintiff.   Plaintiff has failed to oppose the motion.

18        Because Plaintiff has failed to oppose the motion, the Court adopts Defendants' summary

19   of the pertinent facts.   On January 22, 2008, Plaintiff was served by mail with a notice of her

20   deposition (attached as Exhibit A).  The deposition was noticed for March 5, 2008.  On that date,

21   Plaintiff failed to appear for her deposition.  Counsel for Defendants did not receive any

22   telephone calls from Plaintiff or anyone on her behalf indicating that she would not be appearing

23   or would need to reschedule.  Before taking a Certificate of Non-Appearance, counsel for defense

24   waited more than a half an hour after the noticed deposition time.  Defendants also not that

25   Plaintiff was provided with substantially more than the 14 days required for notice of the

26

1

1   deposition.

2        Defendants argue, correctly, that the Court is authorized to impose sanctions, including

3   dismissal of this action.  Fed. R. Civ. P. 37(d), <u>Estrada v. Rowland</u>, 69 F.3d 405, 406 (9th Cir.

4   1995)(indicating that the sanction of dismissal is applicable to depositions when the party

5   literally fails to appear).   Defendants argue that this action should be dismissed for Plaintiff's

6   failure to appear at her properly noticed deposition.   The Court will grant Defendants' alternative

7   request that Plaintiff be ordered to appear at her deposition and inform Plaintiff that, if she does

8   not appear for her Court ordered deposition, the Court will dismiss her action.

9        Plaintiff is therefore directed to appear at her properly noticed deposition.  Plaintiff is

10  specifically cautioned that if she fails to do so, the Court will recommend dismissal of this action

11  as a sanction for Plaintiff's failure to appear at her deposition and for failure to obey a court

12  order.

13       Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to appear at her

14  properly noticed deposition.  Her failure to do so will result in a recommendation that this action

15  be dismissed.

16  IT IS SO ORDERED.

17  **Dated:    July 7, 2008**                          **/s/  William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

2