IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA SMITH,

     Plaintiff,                        1: 06 CV 1283 LJO WMW PC

     vs.                             ORDER RE: FINDINGS & RECOMMENDATIONS (#30)

K. WILSON, et al.,

     Defendants.

Plaintiff is a former state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 29, 2008, findings and recommendations were entered, recommending dismissal as a sanction for Plaintiff's failure to appear at her properly noticed deposition. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

1          Accordingly, THE COURT HEREBY ORDERS that:

2          1.  The Findings and Recommendations issued by the Magistrate Judge on

3    October 29, 2008, are adopted in full; and

4          2.  This action is dismissed as a sanction for Plaintiff's failure to appear at her

5    properly noticed deposition.   The Clerk is directed to close this case.

6

7

8

9

10

11   IT IS SO ORDERED.

12   **Dated:    December 10, 2008**                              **/s/ Lawrence J. O'Neill**
                                                                                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26